UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Keith McMannis,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-4797

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

On July 8, 2021, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court reverse the decision of the Commissioner of Social Security denying Plaintiff benefits and remand for further administrative proceedings. R&R, ECF No. 17. The R&R notified the parties of their right to object to the same and that a failure to object would amount to a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision by the Undersigned adopting the R&R. *Id.* at 12. The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner and Administrative Law Judge under Sentence Four of § 405(g).

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT